No. 718.  VIRGINIA BEACH BUS LINE v. CAMPBELL.  April 1, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.

*Messrs. Henry I. Quinn* and *Austin F. Canfield* for petitioner.  No appearance for respondent.